STEPHEN DELGAUDIO, an Infant, by JOHN DELGAUDIO, His Guardian ad Litem, et al., Respondents, v. SHERIDAN & DUNCAN, INC., et al., Appellants. The record discloses no facts from which it may be found that the interests of justice will be best served by an early trial (Kings County Supreme Court Rules, rule 8; *Darby* v. *Saeli*, 6 A D 2d 1043; *Rooney* v. *Raplee*, 14 A D 2d 807); nor does it disclose the facts upon which the determination appealed from was made. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

ANNE DUBIN, Respondent, v. ROBERT DUBIN, Appellant.— As stated in *Leonard* v. *Leonard* (1 A D 2d 981): "The best protection for a husband in such a case as this is to seek a speedy trial in which the facts can be fully developed. An award of temporary alimony, based on conflicting affidavits, should have no effect upon the Trial Judge in his determination as to whether permanent alimony should be awarded and the amount thereof, if awarded." Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

In the Matter of IRVING M. GETNICK, Respondent, v. JOSEPH G. LEASE, Appellant.— No opinion. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.